# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00175-CV

**L. A. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. 14-1102, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

This is a parental termination case in which appointed counsel filed an Anders brief asserting that there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 743-44 (1967). After receiving two extensions of time to file his pro se brief, appellant L.A.R. has filed a third motion, asking for an additional sixty days to file the brief. We grant the motion, but only in part, and extend appellant's filing deadline to August 9, 2016. No further extensions will be granted. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for final disposition of termination case).

It is ordered on July 20, 2016.

Before Justices Puryear, Goodwin, and Field